AUG 18 2026 PM4:05
FILED - USDC - FLMD - OCALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr- 86-TPB-PRL
18 U.S.C. § 111(a)(1)

NATHANIEL TARVER

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Assaulting, Resisting, or Impeding Certain Officers)

On or about April 20, 2026, in the Middle District of Florida, the defendant,

**NATHANIEL TARVER,**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Bureau of Prisons Correctional Officer Z.W., a person designated in 18 U.S.C. § 1114, while Z.W. was engaged in and on account of the performance of his official duties, and in the commission of the acts described above, made physical contact with Z.W., and inflicted bodily injury.

In violation of 18 U.S.C. § 111(a)(1) and (b).

A TRUE BILL,

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ______________________
Jerry M. Harre
Special Assistant United States Attorney

By: ______________________
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
August 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

NATHANIEL TARVER

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)

[redacted]

Filed in open court this 18th day

of August 2026.

______________________
Clerk

Bail $______________________